UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.  13-32887-BKC-
ORLANDO L SANCHEZ
CARMEN A SANCHEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 3,406.10 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00  remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  FEB 2 4 2016

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

ORLANDO L SANCHEZ
CARMEN A SANCHEZ
9371 FONTAINEBLEU BLVD
#I-112
MIAMI, FL 33172

MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

THE BEACH CLUB AT FONTAINEBLEU
CONDO
818 NW 154 ST #270
MIAMI LAKES, FL 33016

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA


  IN RE:                           CASE NO.  13-32887-BKC-
  ORLANDO L SANCHEZ
  CARMEN A SANCHEZ


                                   CHAPTER 13



  ORLANDO L SANCHEZ
  CARMEN A SANCHEZ
  9371 FONTAINEBLEU BLVD
  #I-112
  MIAMI, FL 33172

  MARY REYES, ESQ.
  782 NW 42 AVE
  SUITE 447
  MIAMI, FL 33126

  THE BEACH CLUB AT FONTAINEBLEU---------$       3,406.10
  CONDO
  818 NW 154 ST #270                          UNDELIVERABLE/STALE
  MIAMI LAKES, FL 33016                       CLAIM REGISTER# 0

  U.S. Trustee
  51 S.W. 1st Avenue
  Miami, Florida 33130
```